**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.: 4:21-CR-077** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **KING CONEY** | ) | |
| | ) | |

## ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the Government's Motion to Seal Exhibit A and Exhibit B to its response to Defendant's 18 U.S.C. § 3582(c)(1)(A) motion, the Government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibit A and Exhibit B with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 13th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA